In the Matter of JOSEPH HALPERT, Appellant, against HARRIS M. MURDOCK et al., Constituting the Board of Standards and Appeals of the City of New York, Respondents. ISABELLE L. LEPKE, Intervener, Respondent, and Others, Interveners.

Argued April 22, 1937; decided May 25, 1937.

*Paul Windels,* Corporation Counsel (*Paxton Blair* and *David I. Shivitz* of counsel), for Board of Standards and Appeals, respondent.

*George J. Rudnick* for intervener, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.